452 A.2d 1092

Commonwealth v. Uhlig, Appellant.

Submitted October 28, 1981. Dante G. Bertani, Public Defender, for appellant; Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

452 A.2d 1092

Commonwealth v. West, Appellant.

Submitted April 22, 1982. Richard P. Haaz, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and WIEAND, JJ.

Judgment of sentence affirmed. Jurisdiction of the Superior Court of Pennsylvania is relinquished. The lower court is directed to enforce its sentence.

BROSKY, J., filed a memorandum dissenting opinion.